## HUBERTZ v. THE STATE.

From the Newton Circuit Court.

*Test & Coburn*, for appellant.

*C. A. Buskirk*, Attorney General, and *R. D. Doyle*, for the State.

BIDDLE, J.—This appeal is dismissed on the authority of *Hubertz* v. *The State, ante*, p. 374. The two cases stand on the same ground.

Petition for a rehearing overruled.

---

## HUBERTZ v. THE STATE.

From the Newton Circuit Court.

*Test & Coburn*, for appellants:

*C. A. Buskirk*, Attorney General, and *R. D. Doyle*, for the State.

DOWNEY, J.—The transcript in this case was not filed within thirty days after the appeal was taken, as is required by 2 G. & H. 426, sec. 151. The Attorney General has submitted a motion to dismiss the appeal. The motion must be sustained. *Hubertz* v. *The State, ante*, p. 374.

The appeal is dismissed, with costs.

For opinions on the petition for a rehearing in this case, see *post*, p. 517.—REPORTER.